Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

RUSSELL JAY NEWELL  #18005-021 )
FCI - Gilmer                    )
P O Box 6000                    )
Glenville, WV  26351            )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address)           )
                                )
         Petitioner,            )
    vs.                         )
                                )
R. BROWN   - Warden             )
(Name of Warden or other authorized person )
where you are incarcerated)     )
                                )
         Respondent.            )

JAN 1 3 2023

U.S. DISTRICT COURT   WVND
CLARKSBURG, WV 26301

Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241

Civil Action No. 5:23-cv-10
(to be assigned by Clerk)

Bailey, Mazzone, Prince

**Important notes to read before completing this form:**

★   Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

1.   This petition concerns (check the appropriate box):

   ☐   a conviction
   ☒   a sentence
   ☐   jail or prison conditions
   ☐   prison disciplinary proceedings
   ☐   a parole problem
   ☐   other, state briefly: _____

Attachment A

_____
_____
_____

2. Are you represented by counsel?   ☐ Yes   ☒ No

   If you answered yes, list your counsel's name and address: _____
   _____

3. List the name and location of the court which imposed your sentence:
   United States District Court for District of
   Waycross Division

4. List the case number, if known: CR 513-009

5. List the nature of the offense for which the sentence was imposed:
   Felone in Possession of a Firearm, enhanced as an Armed
   Career Criminal (18 USC § 924(e))

6. List the date each sentence was imposed and the terms of the sentence:
   2013 sentenced to 188 months imprisonment

7. What was your plea to each count? (Check one)

   ☒ Guilty
   ☒ Not Guilty
   ☐ Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

   ☐ A jury
   ☐ A Judge without a jury
   ☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

   ☐ Yes    ☐ No

10. If you did appeal, give the following information for each appeal:

    A. Name of Court: __Eleventh Circuit Court of Appeals__
    B. Result: __Affirmed      580 Fed.Appx. 861__
    C. Date of Result: __2014__
    D. Grounds raised (List each one): __The predicates did not con-__
       __stitute a crime of violence which qualified him as a__
       __Armed Career Offender__

    Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

    ☒ Yes    ☐ No

    If your answer was yes, complete the following sections:

    A. First post-conviction proceeding:
       1. Name of Court: __U.S.D.C. for N.D. of West Virginia__

Attachment A

    2.    Nature of Proceeding: <u>Habeas Corpus (28 USC § 2241)</u>
    3.    Grounds Raised: <u>Burglary was not a crime of violence</u>
    4.    Did you receive an evidentiary hearing? ☐ Yes ☒ No
    5.    Result: <u>Denied</u>
    6.    Date of Result: <u>02-25-2022</u>

B.    Second post-conviction proceeding:
    1.    Name of Court: _____
    2.    Nature of Proceeding: _____
    3.    Grounds Raised: _____
    4.    Did you receive an evidentiary hearing? ☐ Yes ☐ No
    5.    Result: _____
    6.    Date of Result: _____

C.    Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
    1.    First proceeding: ☐ Yes ☒ No Result: _____
    2.    Second proceeding: ☐ Yes ☒ No Result: _____

D.    If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: <u>Not meritorious</u>

12.    For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

    A.    U.S. Parole Commission unlawfully revoked my parole.
    B.    Federal Bureau of Prisons unlawfully computed my sentence.

Attachment A

C. Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
D. Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
E. There is an unlawful detainer lodged against me.
F. I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
G. The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A. Ground one:
THE ENHANCED SENTENCE FOR BEING AN ARMED CAREER OFFENDER WAS INCORRECTLY PREMISED ON A PRIOR STATE BURGLARY CONVICTION FOR WHICH THE PETITIONER WAS PLACED ON PROBATION, THEREBY DISQUALIFYING THAT CONVICTION AS A PREDICATE UNDER 18 USC § 924(e)

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).
One of the petitioner's prior convictions was for a Burglary offense that occurred in the Ben Hill County Superior Court, State of Georgia, at the April Term, 1997. Petitioner was placed on probation for ten years. Case No. 97-CR-135.               - CONTINUED -

B. Ground two:

CONTINUED, from Gound One (Page 10):

The court, in United States v. Perez-Macias, 335 F.3d 421 (5th Cir.2003), found that since defendant's prior probated sentence did not result in a term of imprisonment, he was not entitled to counsel as probation does not constitute a term of imprisonment. In accord: United States v. Roark, 403 Fed. Appx. 1 (6th Cir.2010)(ruling that since the defendant's prior conviction, for which probation was imposed, constituted imprisonment because it was conditioned on the 85-day term spent incarcerated prior to sentencing); and United States v. Cruz-Alcala, 338 F.3d 1194, 1198-99 (10th Cir. 2003)(same).

A habeas corpus petition (28 USC § 2241) was the subject matter in Holt v. Warden Steeval, 2022 U.S.Dist.LEXIS 150192 (W.D.Va.), where the petitioner argued that the decision in United States v. Taylor, 142 S.Ct. 2015 (2022), rendered his sentence invalid. However, due to the pending case of Jones v. Hendrix, No. 21-857, the court granted a stay pending the outcome of Jones v. Hendrix. "An erroneously imposed prison sentence may always be corrected or otherwise shortened to ameliorate sentencing error." United States v. Shelter, 653 F.3d 426, 435 (6th Cir.2011).

Attachment A

_____
_____
_____
_____
_____

Supporting facts:

_____
_____
_____
_____
_____

C.   Ground three:

_____
_____
_____
_____
_____

Supporting facts:

_____
_____
_____
_____
_____

D.   Ground four:

_____
_____
_____
_____
_____

Attachment A

Supporting facts:

_____
_____
_____
_____
_____

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:

          Ground One
_____
_____
_____
_____

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

   A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

      ☐ Yes    ☐ No

    1. If your answer to "A" above was yes, what was the result:

_____
_____
_____
_____
_____

Attachment A

    2.    If your answer to "A" above was no, explain:

    B.    If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☐ Yes    ☐ No

    1.    If your answer to "B" above was yes, what was the result:

    2.    If your answer to "B" above was no, explain:

15.    Relief: State here, as briefly as possible, exactly what you want the court to do for you:

    1.    Make **no** legal arguments.
    2.    Cite **no** cases or statutes.
    Vacate and set-aside the sentence and to order resentencing without the armed career offender enhancement.

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

`Not a constitutional issue but statutory`

Signed this __9__ day of __January__, __2023__.
   (day)     (month)   (year)

*Russell J. Newell*
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: 1-9-2023   *Russell Newell*
            Your Signature